IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES MORRIS, | : | CIVIL ACTION |
| | : | NO. 08-3398 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| UNITED STEEL WORKERS OF | : | |
| AMERICA LOCAL 4889, | : | |
| et al., | : | |
| | : | |
| Defendants. | : | |

**O R D E R**

**AND NOW**, this **16th day** of **March, 2010,** it is hereby **ORDERED** that Defendants' motions for summary judgment (docs. no. 24 & 25) are **GRANTED.**

**AND IT IS SO ORDERED.**

S/Eduardo C. Robreno

**EDUARDO C. ROBRENO, J.**